UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GREAT AMERICAN FIDELITY INSURANCE COMPANY,

    Plaintiff(s),

v.

STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC SCOTT D. LEVINE, et al.

    Defendant(s).
_____/

Case No. 2:19-cv-11294-LJM-RSW

Judge Laurie J. Michelson

Magistrate Judge R. Steven Whalen

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Great American Fidelity Insurance Company

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: American Financial Group, Inc.
   Relationship with Named Party: See Exhibit A

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: May 10, 2019

s/Elaine M. Pohl

P60359
Plunkett Cooney, P.C.
38505 Woodward AVenue
Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000
epohl@plunkettcooney.com

**Exhibit A to Statement of Disclosure of Corporate Affiliations and Financial Interest of Great American Fidelity Insurance Company**

Great American Fidelity Insurance Company is a Delaware Corporation and wholly owned subsidiary of Great American Insurance Company, an Ohio Corporation. Great American Insurance Company is a wholly owned subsidiary of American Financial Group, Inc., an Ohio Corporation. American Financial Group, Inc. is a publicly owned corporation.

Open.00972.91746.22070272-1