UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GREAT AMERICAN FIDELITY INSURANCE COMPANY

Plaintiff(s),

v.

STOUT RISIUS ROSS, LLC

Defendant(s).
_____/

Case No. 2:19-cv-11294-CJM-RSW

Judge Laurie J. Michelson

Magistrate Judge R. Steven Whalen

## NOTICE OF APPEAL

Notice is hereby given that **Great American Fidelity Insurance Company** [Name of Party] appeals to the United States Court of Appeals for the Sixth Circuit from the: ☒ Judgment ☐ Order

☐ Other: _____

entered in this action on **February 1, 2023** [Date].

Date: February 24, 2023

Counsel is: Retained
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

/s/Elaine M. Pohl
Signature

P60359
Bar No.

38505 Woodward Avenue, Suite 100
Street Address

Bloomfield Hills, MI 48304
City, State Zip Code

248-901-4000
Telephone Number

epohl@plunkettcooney.com
Primary Email Address

and [continued on next page]

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.

/s/Bruce D. Celebrezze
Admitted in E.D. Mich.
Cal. State Bar No. 102181
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111
415-365-9870
bruce.celebrezze@clydeco.us


Open.00972.91746.30628661-1