## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GREAT AMERICAN FIDELITY )
INSURANCE COMPANY, )
)  Case No. 2:19-cv-11294-LJM-RSW
                    Plaintiff, )  Judge Laurie J. Michelson
v. )  Magistrate Judge R. Steven Whalen
)
STOUT RISIUS ROSS LLC, *et al.*, )
)
                    Defendants. )
)
)

_____

## <u>SATISFACTION OF JUDGMENT</u>

A Final Order and Judgment was entered by this Court on February 1, 2023. Judgment was entered in favor of Plaintiff Great American Fidelity Insurance Company ("Plaintiff") and against Defendants Stout Risius Ross, LLC and Stout Risius Ross, Inc. ("Defendants") in the amount of $60,486.34, plus interest at the statutory rate beginning on September 25, 2020. ECF 70, ¶ 4. The judgment has been satisfied in full as to Defendants.

 Dated: May 17, 2024                    Respectfully submitted,

                                        *s/Elaine M. Pohl*
                                        Elaine M. Pohl (P60359)
                                        PLUNKETT COONEY
                                        38505 Woodward Ave., Ste. 100
                                        Bloomfield Hills, MI 48304
                                        (248) 901-4000
                                        epohl@plunkettcooney.com

-and-

Bruce D. Celebrezze (admitted in E.D. Mich.)
Cal. State Bar No. 102181
CLYDE & CO US LLP
150 California St., 15th Floor
San Francisco, CA 94111
(415) 365-9870
Bruce.celebrezze@clydeco.us

*Attorneys for Plaintiff Great American Fidelity Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically filed the foregoing document and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*s/Elaine M. Pohl*
Elaine M. Pohl (P60359)

Open.00972.91746.33638098-1

2